# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| IN RE: <br> **BARBARA C. HOFFMAN**, <br> Debtor. | Bankr. No. 8:08-bk-06629-CED <br><br> Chapter 7 |
| **DOUGLAS N. MENCHISE, CHAPTER 7 TRUSTEE FOR THE ESTATE OF BARBARA C. HOFFMAN**, <br> Plaintiff, <br> v. <br> **BARBARA C. HOFFMAN, DONALD C. HOFFMAN, DONALD C. HOFFMAN, TRUSTEE, MICHAEL ANN DOYCICH** and **THOMAS DOYCICH**, <br> Defendants. | Adversary No. 08-636-CED |

## ORDER GRANTING MOTION OF DOUGLAS N. MENCHISE, CHAPTER 7 TRUSTEE FOR THE ESTATE OF BARBARA C. HOFFMAN, TO APPROVE SETTLEMENT WITH THE HOFFMAN DEFENDANTS

THIS CASE came on for consideration of the foregoing Motion of Plaintiff Douglas N. Menchise, Chapter 7 Trustee for the Estate of Barbara C. Hoffman to Approve the Settlement with Barbara C. Hoffman, Donald C. Hoffman and Donald C. Hoffman, Trustee, together with any responses thereto, the Court finds that the proposed settlement is fair, adequate and reasonable, and is in the best interests of the estate and its creditors. Therefore, the Court hereby GRANTS Plaintiff's Motion in all respects and approves the Settlement Agreement on the terms set forth in the Motion. This Court shall retain jurisdiction to enforce the terms of the compromise.

January 13, 2010

By the Court,

*Caryl E. Delano*

Caryl E. Delano
United States Bankruptcy Judge